```
FILED
Jun 23 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

# Transfer of Jurisdiction

| | |
|---|---|
| Case Number (Trans. Court) | WA:19-CR-00012(2)-ADA |
| Case Number (Rec. Court) | 3:23-cr-00194 MMC |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| **Irma Guadalupe Moreno-Pelayo** | Western District of Texas | Waco |

| | Name of Sentencing Judge |
|---|---|
| | U.S. District Judge Alan D Albright |

| Dates Of Probation/Supervised Release | From: June 5, 2023 | To: June 4, 2026 |
|---|---|---|

**Offense**

Conspiracy to Manufacture Marijuana, A Schedule I Controlled Substance, 21 U.S.C. § 846 {21 U.S.C.§ § 841(a)(1) and 841 (b)(1)(C)}

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Western District of Texas, Waco Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of California, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 22, 2023
Date

*/s/ Alan D Albright*
U.S. District Judge Alan D Albright

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of California**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 23, 2023
Effective Date

*/s/ Judge*
U.S. District Judge